**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Rodney Dewayne GATSON,
Defendant–Appellant.**

No. 08–40420
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

Reynaldo Padilla Morin, U.S. Attorney's Office, Eastern District of Texas, Lufkin, TX, for Plaintiff–Appellee.

G. Patrick Black, Federal Public Defender, Federal Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rodney Dewayne Gatson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gatson has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.